# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Obimak Enterprise,                          :
                    Petitioner              :
                                            :  No.  1294 C.D. 2017
        v.                                  :
                                            :
Department of Health,                       :
                    Respondent              :

## *ORDER*

AND NOW, this 29th day of January, 2019, it is ORDERED that the above-captioned opinion filed December 6, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge